UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH M. FALLON                           CIVIL ACTION

VERSUS                                      NO. 05-3082

JO ANNE B. BARNHARDT,                       SECTION "R"(3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, having reviewed *de novo* the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

IT IS ORDERED that plaintiff's suit is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 2nd day of March, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE